**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR163 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| LEE T. NEWELL, | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 103);

2. Upon initial review, the Court summarily dismisses the Defendant's § 2255 motion as untimely; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 17th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge