**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR163** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **LEE T. NEWELL,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to amend his motion filed under 28 U.S.C. § 2255 (Filing No. 104).

IT IS ORDERED:

1. The Defendant's motion to amend his motion filed under 28 U.S.C. § 2255 (Filing No. 104) is denied as moot; and

4. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 18th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge